# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

```
FILED:  APRIL 29, 2008
08CV2439            LCW
JUDGE KOCORAS
MAGISTRATE JUDGE BROWN
```

MALESSA PARTNERS, L.L.C., an Illinois limited liability company, )
)
)
Plaintiff, )
)
v. )
)
TARGET CORPORATION, a Minnesota corporation, and UNIVERSAL FORMS, LABELS & SYSTEMS, INC., a California corporation, )
)
)
)
)
Defendants. )
)

COMPLAINT FOR PATENT INFRINGEMENT

JURY TRIAL DEMANDED

Plaintiff, Malessa Partners, L.L.C. ("Malessa"), as and for its complaint against defendants, Target Corporation ("Target") and Universal Forms, Labels & Systems, Inc. ("Universal Forms"):

## PARTIES

1.    Plaintiff Malessa is a limited liability corporation organized under the laws of the State of Illinois with its principle place of business at 3138 Andover Drive, Rockford, Illinois 61114.

2.    Defendant Target is a corporation organized under the laws of the State of Minnesota with a place of business at 1000 Nicollet Mall, Minneapolis, Minnesota 55403.

3.    Defendant Universal Forms is a corporation organized under the laws of the State of California with a place of business at 2020 S. Eastwood Avenue, Santa Ana, California 92705.

## JURISDICTION AND VENUE

4.    This is a civil action for patent infringement arising under patent laws of the United States, Title 35 of the United States Code, 35 U.S.C. §§ 271 *et seq.*

5.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338.

6.     Venue is proper in this Judicial District pursuant to 28 U.S.C. §§1391 and 1400(b).

7.     Upon information and belief, Target has, and continues to, regularly and continuously transacted business within this Judicial District and has committed acts of infringement within this Judicial District.

8.     Upon information and belief, Universal Forms has, and continues to, regularly and continuously transacted business within this Judicial District and has committed acts of infringement within this Judicial District.

## U.S. PATENT NO. 7,153,556

9.     On December 26, 2006, U.S. Patent No. 7,153,556 ("the '556 patent"), entitled "Integrated Forms and Method of Making Such Forms," was duly and legally issued on an application filed by John J. McKillip.  A copy of the '556 patent is attached hereto as Exhibit A.

10.     Malessa is the lawful owner of all right, title and interest in the '556 patent.

## CLAIM FOR PATENT INFRINGEMENT AGAINST TARGET

11.     Target has been, and is, infringing the '556 patent by making, using, offering to sell, and/or selling business forms, including, but not limited to, the form attached hereto as Exhibit B, incorporating the inventions patented in the '556 patent within the United States and, upon information and belief, within this Judicial District; by inducing others to infringe the '556 patent; and/or by contributing to the infringement by others of the '556 patent.  Unless enjoined by the Court, Target will continue to infringe, induce the infringement of, and/or contributorily infringe the '556 patent.

12.     Upon information and belief, Target has been, and is, willfully infringing the '556 patent by making, using, offering to sell, and/or selling integrated business forms, including, but not

2

limited to, the form attached hereto as Exhibit B,  incorporating the inventions patented in the '556 patent within the United States and, upon information and belief, within this Judicial District; by willfully inducing others to infringe the '556 patent; and/or by willfully contributing to the infringement by others of the '556 patent.  Unless enjoined by the Court, Target will continue to willfully infringe, willfully induce the infringement of, and/or willfully contributorily infringe the '556 patent.

13.     Target's conduct gives rise to increased damages pursuant to 35 U.S.C. § 284.

14.     This is an exceptional case giving rise to an award of attorneys' fees to Malessa pursuant to 35 U.S.C. § 285.

**CLAIM FOR PATENT INFRINGEMENT AGAINST UNIVERSAL FORMS**

15.     Universal Forms has been, and is, infringing the '556 patent by making, using, offering to sell, and/or selling business forms, including, but not limited to, the form attached hereto as Exhibit B, incorporating the inventions patented in the '556 patent within the United States and, upon information and belief, within this Judicial District; by inducing others to infringe the '556 patent; and/or by contributing to the infringement by others of the '556 patent.  Unless enjoined by the Court, Universal Forms will continue to infringe, induce the infringement of, and/or contributorily infringe the '556 patent.

16.     Upon information and belief, Universal Forms has been, and is, willfully infringing the '556 patent by making, using, offering to sell, and/or selling integrated business forms, including, but not limited to, the form attached hereto as Exhibit B,  incorporating the inventions patented in the '556 patent within the United States and, upon information and belief, within this Judicial District; by willfully inducing others to infringe the '556 patent; and/or by willfully

3

contributing to the infringement by others of the '556 patent. Unless enjoined by the Court, Universal Forms will continue to willfully infringe, willfully induce the infringement of, and/or willfully contributorily infringe the '556 patent.

17. Universal Forms ' conduct gives rise to increased damages pursuant to 35 U.S.C. § 284.

18. This is an exceptional case giving rise to an award of attorneys' fees to Malessa pursuant to 35 U.S.C. § 285.

## PRAYER FOR RELIEF

1. Judgment that the '556 patent is infringed by Target and/or Universal Forms;

2. Judgment that the infringement of the '556 patent by Target and/or Universal Forms has been and is willful;

3. A preliminary and permanent judgment injunction enjoining Target and/or Universal Forms (including their respective officers, agents, servants, employees and those person acting in active concert or participation with it) from infringing, inducing infringement of, and/or contributorily infringing the '556 patent;

4. An award of damages arising out of Target's and/or Universal Forms' infringement, inducing infringement, and/or contributory infringement of the '556 patent together with pre-judgment and post-judgment interest;

5. An award of damages arising out of Target's and/or Universal Forms' willful infringement, willful inducing infringement, and /or willful contributory infringement of the '556 patent together with pre-judgment and post-judgment interest;

6.    Judgment that the damages against Target and/or Universal Forms so adjudged be increased in accordance with 35 U.S.C. § 284;

7.    Judgment that this is an exceptional case and that Malessa be awarded its attorneys' fees, costs and expenses incurred in this action; and

8.    Such other and further relief as the Court may deem just and proper.

## JURY DEMAND

In accordance with Fed.R.Civ.P. 38, Malessa demands trial by jury of all issues triable of right by a jury.

Date: April 29, 2008

 s/Jon A. Birmingham/
Mark W. Hetzler
Jon A. Birmingham
Chadwick A. Sullivan
FITCH, EVEN, TABIN & FLANNERY
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Telephone: (312) 577-7000
Facsimile: (312) 577-7007

*Attorneys for Malessa Partners, L.L.C.*

507941

08CV2439                                    LCW
JUDGE KOCORAS
MAGISTRATE JUDGE BROWN

# EXHIBIT A

# United States Patent Number 7,153,556 to

# McKillip

US007153556B2

(12) **United States Patent**    (10) **Patent No.:**    **US 7,153,556 B2**
McKillip    (45) **Date of Patent:**    *Dec. 26, 2006

(54) **INTEGRATED FORMS AND METHOD OF MAKING SUCH FORMS**

(75) Inventor: **John J. McKillip**, Rockford, IL (US)

(73) Assignee: **Malessa Partners, L.L.C.**, Rockford, IL (US)

( * ) Notice:    Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 124 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/817,459**

(22) Filed:    **Apr. 2, 2004**

(65)    **Prior Publication Data**

US 2004/0191457 A1    Sep. 30, 2004

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 10/395,360, filed on Mar. 24, 2003, now Pat. No. 6,989,183, which is a continuation of application No. 09/417,372, filed on Oct. 13, 1999, now Pat. No. 6,656,555.

(51) **Int. Cl.**
*B32B 9/00*    (2006.01)
*B32B 37/00*    (2006.01)

(52) **U.S. Cl.** .................... **428/40.1**; 156/248; 156/258; 156/277; 283/81; 283/98; 283/101; 428/42.1; 428/42.2; 428/42.3; 428/43; 428/201; 428/202

(58) **Field of Classification Search** ............... 428/40.1, 428/42.1, 42.2, 42.3, 43, 201, 202; 156/248, 156/258, 277; 283/81, 98, 101
See application file for complete search history.

(56)    **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,664,416 A | 5/1987 | Steidinger | |
| 5,219,183 A | 6/1993 | McKillip | |
| 5,462,488 A | 10/1995 | McKillip | |
| 5,466,013 A | 11/1995 | Garrison | |
| 5,589,025 A | 12/1996 | Garrison | |
| 5,632,842 A | 5/1997 | Oliver et al. | |
| 5,707,475 A | 1/1998 | Steidinger et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

GB    2323330    9/1998

(Continued)

*Primary Examiner*—Nasser Ahmad
(74) *Attorney, Agent, or Firm*—Fitch, Even, Tabin & Flannery

(57)    **ABSTRACT**

A form that incorporates either a label or card such that the form can be reliably printed on by the end user and manufactured less expensively. The integrated label form includes a top printable substrate and a liner substrate mated together by an adhesive. The top printable substrate serves at least partially as removable portions capable of being reapplied. Weakened lines of substrate may be provided to define removable portions on the top printable substrate. The form also may include a similar printable substrate mated to the other side of the liner by adhesive. Weakened lines of substrate also may formed in the second substrate to define removable portions. The integrated card form includes a printable substrate and a first and second laminate mated to the substrate and together by an adhesive. Weakened lines of substrate and first laminate define an integrated removable portion capable of being held in the form by the second laminate and easily removed manually when desired. In the integrated card form and the integrated label form, a recess may be provided adjacent the removable portion to facilitate removal of the removable portion. The integrated forms are easily manufactured by a single piece of equipment.

**18 Claims, 8 Drawing Sheets**



**US 7,153,556 B2**

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,736,212 A | * | 4/1998 | Fischer ...................... 428/42.2 |
| 5,782,497 A | | 7/1998 | Casagrande |
| 5,782,691 A | | 7/1998 | Stewart |
| 5,951,054 A | | 9/1999 | Hagen |
| 6,071,585 A | | 6/2000 | Roth |
| 6,190,747 B1 | | 2/2001 | Fischer |
| 6,305,717 B1 | | 10/2001 | Chess |
| 6,322,655 B1 | | 11/2001 | Casagrande |
| 6,328,340 B1 | | 12/2001 | Fischer |
| 6,350,342 B1 | | 2/2002 | Steidinger et al. |
| 6,352,287 B1 | | 3/2002 | Casagrande |
| 6,403,191 B1 | * | 6/2002 | Casagrande ............... 428/42.2 |

| | | | |
|---|---|---|---|
| 6,656,555 B1 | * | 12/2003 | McKillip ................... 428/40.1 |
| 2002/0000718 A1 | | 1/2002 | Schwarzbauer et al. |
| 2003/0067159 A1 | | 4/2003 | Ritchie et al. |
| 2003/0186014 A1 | * | 10/2003 | McKillip ................... 428/40.1 |
| 2004/0191457 A1 | | 9/2004 | McKillip |
| 2004/0191458 A1 | * | 9/2004 | McKillip ................... 428/40.1 |
| 2005/0053744 A1 | | 3/2005 | Chess |
| 2005/0147781 A1 | | 7/2005 | Dronzek et al. |
| 2005/0181167 A1 | | 8/2005 | Behnen |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 9-277758 | 10/1997 |

* cited by examiner

## FIG. 1



## FIG. 2



## FIG. 3





FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11

FIG. 12

FIG. 13

FIG. 14

FIG. 15



FIG. 16

FIG. 17

FIG. 18

FIG. 19

FIG. 20

## FIG. 21



## FIG. 22



Case 1:08-cv-02439    Document 1-2    Filed 04/29/2008    Page 10 of 19



FIG. 23



FIG. 24

# FIG. 25



# FIG. 26



US 7,153,556 B2

1

**INTEGRATED FORMS AND METHOD OF MAKING SUCH FORMS**

CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of patent application Ser. No. 10/395,360, filed Mar. 24, 2003, now U.S. Pat. No. 6,989,183 which is a continuation of patent application Ser. No. 09/417,372, filed Oct. 13, 1999, now U.S. Pat. No. 6,656,555.

FIELD OF THE INVENTION

This invention relates generally to printable forms and methods of making such forms and, more particularly, to printable forms with integrated labels and cards.

BACKGROUND OF THE INVENTION

There is a need for improved integrated business forms and methods of manufacturing such forms. Integrated forms consolidate different business objectives or services into a single form. A goal of such forms is not only to offer end users the flexibility to provide a variety of information and information transfer options through a single form, but to also reduce the time, money and material associated with using such business forms for both the end users and the form manufacturers. In the end, truly integrated forms increase the reliability, confidence and convenience in exchanging information between businesses and consumers.

The concept of an integrated form can be employed in numerous varieties depending on the objects of the particular end use. For example, an integrated form may consist of an invoice portion and a label portion incorporated into the same form. Thus, the business can print both the invoice information as well as the address information at the same time.

The mail order industry is a prime example of where such type of label is desired to ensure accurate billing and convenience to the consumer. For instance, in the mail order industry, the mail order company includes with the product an invoice, a shipping card addressed to the consumer and affixed to the packaging and a return card so that the consumer can conveniently return the purchased product within the return period. The obvious shortcoming with this process is the expense, time and possible confusion with purchasing, stocking and printing three separates pieces (i.e., the invoice, the addressee label, and the return address label or card).

An attempt to address these shortcomings is the use of a dedicated section on the invoice for printing of the return address. Thus, the form is sent through a printer which prints both the invoicing information and the return address in one process. In one form, the dedicated section may be outlined by a perforated section for detachment by the consumer. The obvious shortcomings include that the consumer must cut or tear the return address section from the form and affix it to the package with durable tape or adhesive in a manner that does not obstruct the address information. Because consumers do not always have adequate tape or adhesive, they use whatever they have available, which experience has shown, tends not to withstand the stresses associated with commercial shipping. As a result, the return address section is susceptible to falling off, which, when it occurs, often leads to disruption of the mailing system, disputes over whether the package was returned timely and damaged goods.

2

An attempt to address the return address situation has been made by adding a label to the form. These types of forms are commonly made by mating one side of a liner (such as a silicone coated liner) to the form and having a pressure sensitive label on the other side of the liner. The label then carries the address information, as well as the appropriate adhesive for reliable affixation to a return package. A shortcoming with this type of form is that the thickness created by the stacking of the form, the liner and the label often causes problems during the printing step. That is, the form jams the printer and prevents further use until appropriate service is undertaken. Another shortcoming is associated with pre-dispensing of the label because the label is not truly integrated with the form. That is, the label separates from the form and sticks to the rollers and/or drum of the printer. Thus, there is potential for serious damage to the printer. An even further shortcoming is the requirement additional materials to produce a three layer form, which is only capable of providing a limited number of labels on one side of the form.

Integrated forms also are desired in industries that have the need to distribute cards, such as membership cards for identification or other programs (e.g., frequent buyer programs and insurance programs). The cards traditionally have been printed separately and, to distribute such cards, they have been forwarded to the consumer under a separate forwarding cover letter. To address this situation, some companies attach the card to a form (such as a form forwarding letter) with a releasable adhesive. The obvious shortcoming is that the form is typically pre-printed and then run through a separate machine to add adhesive and the card. As a result, the card does not always become adequately affixed to the form, making it difficult to handle and susceptible to becoming unintentionally detached from the form. In addition, during removal of the card, it tends to peal off the top layer of the form, thereby reducing (and, in most cases eliminating) the backside of the card as a place for printed information.

Moreover, because the card tends to be inadequately secured to the form, it is not practical to consider printing after the card has been affixed. That is, the cards tend to fall off during the printing stage and bind up the printer. As explained above for labels, there is potential for serious damage to the printer. Thus, there is need for truly integrated forms that incorporate labels, cards, etc. into the form.

There also is the need to improve the methods of manufacturing such forms. The typical manufacturing equipment includes a paper infeed unit, a vacuum applicator unit, an unwind unit containing transfer tape, a hot melt applicator head, a feed control unit, an integral die cut unit, a hot melt unit and a fold-to-fold delivery unit. This processing equipment is commonly contained in two separate pieces of equipment. In other words, the manufacturing process is not one straight through in-line process, and therefore, tends to be expensive and labor intensive. The use of multiple machines slows the entire manufacturing process, increases costs and requires additional personnel.

Accordingly, it has been determined that there exist the need for an improved integrated form that is more end user friendly and that facilitates a more economical method of manufacturing.

SUMMARY OF THE INVENTION

In accordance with the invention, an improved integrated form is provided that enhances the use by end users and the manufacturing of such forms. In one form, there is provided

US 7,153,556 B2

3 4

an integrated from that includes a first printable substrate on one side of the form and a liner adjacent the first printable substrate. The liner has a first and second side. Adhesive on the first side of the liner maintains the first printable substrate to the first side of the liner in a manner that facilitates printing on the form without detachment of the first printable substrate. The first side of the liner is treated to permit a predetermined force to selectively remove the first printable substrate from the linear such that adhesive removes with the first printable substrate.

The first printable substrate may include a weakened line of substrate that defines at least in part a predetermined sized portion of substrate removable from the form. The weakened line of substrate resists unintentional detachment of the first printable substrate from the liner. The first printable substrate also may include a portion that extends beyond the liner.

The form may further include a second printable substrate on the other side of the form. The liner is intermediate the first and second printable substrates. Adhesive on the second side of liner maintains the second printable substrate to the second side of the liner in a manner that facilitates printing on the form without detachment of the second printable substrate. The second side of the liner being treated to permit a predetermined force to selectively remove the second printable substrate from the linear such that adhesive removes with the second printable substrate.

The second printable substrate also may include a weakened line of substrate that defines at least in part a predetermined sized portion of substrate removable from the form. The weakened line of substrate resists unintentional detachment of the second printable substrate from the liner.

The first printable substrate may also include a portion adjacent the removable portion of substrate that has been removed from the form to facilitate manual removal of the removable portion of substrate.

In another form, there is provided an integrated form that includes a printable substrate having a first side, a second side and a removable portion. A first layer of laminate covers at least a portion of one of the first and second sides of the printable substrate such that at least the removable portion of the printable substrate is covered. The first layer of laminate has a portion that is removable with the removable portion of the printable substrate. A second layer of laminate covers at least a portion of the first layer of laminate such that the second layer holds the removable portion of the substrate and first layer of laminate in the form while also allowing a predetermined force to remove the removable portion of the first layer of laminate and printable substrate from the form.

The integrated form may include a line of weakness extending through both the printable substrate and the first layer of laminate to define at least in part the removable portion of the printable substrate. The removable portion of the printable substrate also may have perimeter portion and the second layer of laminate may affix to the first layer of laminate only at the perimeter portion of the printable substrate. The form also may include a second portion of the printable substrate that is removable to facilitate removal of the other removable portion.

There is also provided a method of making an integrated form. The method includes the steps of providing a first printable substrate and providing a liner having a first and second side. Adhesive is applied to the first sides of the liner, and the first printable substrate is mated to the first side of the liner. Weakened lines of substrate in the first printable substrate are formed to define a label of predetermined size.

The method may include the steps of providing a second printable substrate, applying adhesive to the second side of the liner and mating the second printable substrate to the second side of the liner. Weakened lines of substrate may be formed in the second printable substrate to define a label of predetermined size.

The method also may include the steps of blocking the application of adhesive to a portion of the liner to be mated with the first printable substrate and removing a portion of the first printable substrate to facilitate easy removal of the label.

In another manner, there is provided a method of making an integrated form that includes the steps of providing a printable substrate having a first side and second side, applying a first layer of laminate to the second side of the printable substrate and applying a second layer of laminate to the first layer of laminate. Cut lines are formed through the printable substrate and the first layer of laminate to define a removable portion of the form being maintained in the form by the second layer of laminate until intentional removal from the form.

The method may include the step of removing a portion of the second layer of laminate across the removable portion of the printable substrate to reduce the amount a force necessary to remove the removable portion from the form. The method also may include cutting of a removable section of the form adjacent to the removable portion to facilitate removal of the removable portion.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a top perspective view of an integrated label form embodying features in accordance with the present invention;

FIG. **2** is a bottom perspective view of the integrated form of FIG. **1**;

FIG. **3** is a cross-section view taken along line **3**—**3** of the integrated form of FIG. **1**;

FIG. **4** is an exploded perspective view of another embodiment of an integrated label form in accordance with the present invention;

FIG. **5** is a cross-sectional view taken along line **5**—**5** of the integrated from of FIG. **4** as assembled;

FIG. **6** is a cross-sectional view of an integrated form similar to that illustrated in FIG. **5** with the addition of multiple labels on one side;

FIG. **7** is a cross-sectional view of an integrated form similar to that illustrated in FIG. **6** with the addition of multiple labels on both sides;

FIG. **8** is a top perspective view of another embodiment of an integrated label form in accordance with the present invention;

FIG. **9** is a bottom perspective view of the integrated from of FIG. **8**;

FIG. **10** is a cross-sectional view taken along line **10**—**10** of the integrated form of FIG. **8**;

FIG. **11** is a top perspective view of an integrated card form embodying features in accordance with the present invention;

FIG. **12** is a top perspective view of the integrated card form of FIG. **11** with card removed;

FIG. **13** is a cross-sectional view taken along line **13**—**13** of the integrated card form of FIG. **11**;

FIG. **14** is an exploded perspective view of the integrated card form of FIG. **11**;

US 7,153,556 B2

5        6

FIG. **15** is an exploded cross-sectional view taken along line **15**—**15** of the integrated card form of FIG. **14** with a corresponding cross-section of the card suspended above;

FIG. **16** is a top perspective view of another embodiment of an integrated card form embodying features in accordance with the present invention;

FIG. **17** is a bottom perspective view of the integrated card form of FIG. **16**;

FIG. **18** is a cross-sectional view taken along line **18**—**18** of the integrated card form of FIG. **16**;

FIG. **19** is an exploded perspective view of the integrated card form of FIG. **16**;

FIG. **20** is a cross-sectional view taken along line **20**—**20** of the integrated card form of FIG. **19** with a corresponding cross-section of the card suspended above;

FIG. **21** is a top perspective view of an integrated label form embodying features in accordance with the present invention;

FIG. **22** is a cross-section view taken along line **22**—**22** of the integrated form of FIG. **21**;

FIG. **23** is a schematic view of an apparatus and materials for making a precut laminate;

FIG. **24** is a schematic view of materials being used in the apparatus of FIG. **23** to make the precut laminate;

FIG. **25** is a schematic view of an apparatus and materials for making business forms using the precut laminate made using the apparatus of FIG. **23**; and

FIG. **26** is a perspective view of materials being used in the apparatus of FIG. **25** to make the business forms.

Detailed Description of the Preferred Embodiment

Referring to FIGS. **1**–**3**, there is illustrated a form **10** embodying the truly integrated label features of the present invention. The integrated form **10** facilies reliable printing by the end user and convenient labels for the end user as well as others (such as consumers).

The form **10** is composed of three substrate layers: a top printable substrate **12**; an intermediate liner substrate **14**; and a bottom printable substrate **16**. The top and bottom substrates **12** and **16** are made of material that is capable of being readily printed on using conventional printers, such as laser printers. Such materials include paper, card stock or even printable polymer based substrates.

The liner substrate **14** is mated to the top and bottom substrates **12** and **16** with a pressure sensitive adhesive **18** on both sides. The liner substrate **14** is made of material and treated such that it has reduced binding characteristics to allow a label portion **22** to be easily separated for use by the end user but that will not become detached during printing. Such liner material includes silicone coated glassine, on both sides, as well as Teflon® coated glassine, and bleach-craft may be substituted for glassine.

In manufacturing the form **10**, the top and bottom printable substrates **12** and **16** are mated to the liner substrate **14** by adhesive **18**. The adhesive **18** is hot melt adhesive or any other adhesive capable of releasably attaching the substrates **12** and **16** to liner substrate **14**. The form **10** is then sent through a die press to create weakened lines **20** on the top substrate **12** to define top labels **22**a and **22**b and on the bottom substrate **16** to define bottom label **22**c. As a result, dedicated sections of the printable substrates **12** and **16** become the labels **22**a and **22**b, thereby providing a form **10** with truly integrated labels.

Alternatively, the bottom side of liner **14** may already include the bottom printable substrate **16**, (a pre-labeled liner). In this case, adhesive **18** is applied to the side of the liner **14** not having the label **22**c, and mated to first printable substrate **12**. The combination of substrates is then taken through a die press where the first printable substrate is pressed creating labels **22**a and **22**b. Alternatively, the pre-labeled liner **14** may not have been die pressed as of yet thereby requiring the second printable substrate **16** to be die pressed as well.

As illustrated in FIG. **1**, the top printable substrate **12** includes two labels **22**a and **22**b. The remainder **24** of the top substrate **12** is left to supply printed information that does not required transfer capability via a label. Hence, the liner **14** does not extend below portion **24** of the top substrate **12**. As an example, if the form **10** was an integrated label invoice form, section **24** would include the order information **22**, label **22**a would be the shipping label, label **22**b would be the return shipping label and label **22**c would be an additional label for other purposes. Thus, the form **10** only consumes the minimal amount of material necessary to provide the required form space and number of labels.

Where additional labels are required because more of the information on the form must be transferred, an alternate form **26** is constructed in which a larger liner substrate is incorporated into the form. Referring to FIGS. **4**–**7**, the form **26** includes a liner substrate **28** and/or a bottom printable substrate **30** that extends over as much of the top printable substrate **32** as is necessary to provide the desired number and size of labels. As a result, the cost of supplying additional labels to transfer more information is reduced because labels are formed on both sides of the liner substrate **28** with the top substrate **32** and the bottom substrate **30**.

More specifically, as illustrated, the liner substrate **28** and the bottom substrate **30** are sized such that their edges are co-extensive with the top substrate **32**. The liner substrate **26** is intermediate the top substrate **32** and the bottom substrate **30**, and is affixed to such substrates with an adhesive **34**. As illustrated in FIG. **5**, the bottom and top substrates **30** and **32** each constitute one large label. As illustrated in FIG. **6**, the top substrate **32** constitutes one large label, and the bottom substrate **30** is die cut to include cut lines **36** that define a number of labels **38**. As illustrated in FIG. **7**, the top substrate **32** also is die cut to include cut lines **36** which define a number of labels **40**. The material for the top and bottom substrates (**32** and **30**), the liner **26** and the adhesive **34** is the same as that described above for form **10** of FIGS. **1**–**3**.

Referring to FIGS. **8**–**10**, an integrated label form **42** in accordance with another aspect of the invention is shown. The form **42** includes a printable substrate **44** and a liner substrate **46**. With form **42**, the liner substrate **46** does not include any indentations or deformations as a result of die cutting to form the labels because the printable substrate **44** is die pressed before being mated to the liner substrate **46**. By die pressing printable substrate **44** prior to mating it with liner substrate **46**, the liner substrate **46** is not exposed to any possibility of being weakened or deformed due to the die cutting process. This ensures that the liner substrate **46** will be as smooth and uniform as possible, and increases the likelihood that the integrated form **42** will print properly.

More specifically, the printable substrate **44** is affixed to the liner substrate **46** by adhesive **48**. Prior to affixing these substrates, the printable substrate **44** is die pressed to form lines of weakness **50** (or perforations) that define a number of labels **52**. As illustrated with label **52**a, one can easily peal the labels from the liner substrate **46** along the lines of weakness **50**. The adhesive **48** lifts off the liner substrate **46** and remains with the label **52**a so that it can be transferred and affixed to another surface.

US 7,153,556 B2

7

To manufacture this form **42**, the printable substrate **44** is printed with the desired graphics and/or text and is then die pressed to designated the labels **52** with the appropriate lines of weakness **50**. Finally, the printed substrate **44** is mated to the liner with the adhesive **48**.

Referring to FIGS. **11–15**, there is illustrated an integrated card form **54** embodying features of the present invention. The form **54** includes a printable substrate **56** from which is formed a card **58**. The printable substrate **56** has a top side **60** and a bottom side **62** upon which both sides can be printed any desired graphics and/or text.

The bottom side **62** is covered with a first layer of laminate **64** over the card portion **58**. The first layer of laminate **64** provides rigidity and protection to the card **58**. A second layer of laminate **66** is affixed to the first layer **64** to hold the card **58** in place in the form. Both layers of laminate include a layer of adhesive **68** on one side for affixation to the substrate **56** and the other layer of laminate **64**.

The card **58** is defined by a number of lines of weakness or cuts **70** die cut through the substrate **56** and the first layer of laminate **64**. The second layer of laminate **66** includes an aperture **72** at the card **58** which is defined by a ledge **74** that extends inward beyond the cuts **70** to expose the adhesive **68** to secure the card **58** in place. The ledge may have a width of ⅛th of an inch width.

In other words, the card **58** rests against the ledge **74** and the adhesive **68** at the ledge **74** affixes to the first layer of laminate **74** about the perimeter portion of the card **58** in a manner that prevents unintentional release of the card **58** while also allowing the card **58** to be intentionally removed. For instance, to remove the card **58**, one can easily press from the backside of the card **58** to push the card from the form **54**. The size of the ledge **74** and the amount and type of adhesive **68** is coordinated to provide the appropriate gripping action on the card **58**.

Alternatively, the second layer of laminate may not have an aperture, but may act as a transparent window exposing the bottom of the card. In this instance, it is preferred that the entire window area not be covered completely with adhesive to facilitate removal of the card.

To manufacture the integrated card form **54**, the top side **60** and bottom side **62** of card **58** are printed with graphics and text as desired. Next, the first layer of laminate **64** is mated with the back side of substrate **56** and then the second layer of laminate **66**. The lines of weakened substrate or cuts **70** are die cut from the top side **60** of the substrate **56** through the first layer of laminate **64** to form the card **58**. The second layer of laminate **66** is not cut so that it can hold the card **58** in the form **54** against unintentional detachment. Alternatively, the second layer of laminate **66** may be cut to remove a portion at the card and to form the ledge **74**. This is performed prior to mating the second layer of laminate **66** with the first layer of laminate **64**. The entire process is to be done on a single machine. Feed structure **76** is provided to aid with feeding the integrated form through a printer (not shown). However in alternate embodiments no feed structure **76** may be provided.

To further assist in card removal, the form **54** also includes a recess **78** adjacent the card **58** for one to insert a finger, thumb, or part thereof to facilitate removal. The recess extends through the printable substrate **56** and both the layers of laminate **64** and **66**. Recess **78** could be used in a similar manner in integrated form **10** (FIGS. **1–3**), form **26** (FIGS. **4–7**), and form **42** (FIGS. **8–10**). That is, a portion of the substrate could be die cut prior to being mated with the liner and the liner could be blocked from receiving

8

adhesive at that section. As a result, a portion of the liner is exposed and one can easily peel the label from the liner to separate it from the form.

Turning now to a variation on the business form **54** having an integrated removable card **58** as discussed above with respect to FIGS. **11–15**, a business form **154** is provided having a removable integrated card **158** attached by gaps between perforations **170**. The business form **154** is constructed using a base layer **156** and a liner layer **164**, as disclosed in FIGS. **16–20**. The base layer **156** is attached on one of its sides to the liner layer **164** using adhesive **168**. The integrated removable card **158** comprises at least a portion of the base layer **156** and the liner layer **164** of the business form **154**. By using only two layers, the base and liner layers **156** and **164**, to generally produce the form **154**, the amount of material used in producing the form **154**, and thus the cost of the form **154**, can be reduced as compared to having more than two layers. However, other layers, such as the cover layer discussed below, may also be combined with the base and liner layers **156** and **164** of the form **154**.

The card **158** has a periphery edge substantially defined by a plurality of die cuts **170** extending substantially through both the base and liner layers **156** and **164**. The plurality of die cuts or perforations **170** and gaps therebetween form a perforated periphery of the card **158**. The perforated periphery of the integrated removable card **158** allows for the card **158** to readily be removable from the business form **154**, while also maintaining the card **158** in the business form **154** and protecting against unintentional removal. To this end, the perforations **170** are spaced apart a sufficient distance from adjacent perforations **170** in order to have a plurality of bridging portions **179** disposed therebetween to assist in maintaining the card **158** in the form **154** against unintentional removal from the form **154**.

An optional cut-out **178** is positioned adjacent the periphery of the card **158** to assist in removal of the card **158** from the form **154**. The cut-out **178** preferably extends through both the base and liner layers **156** and **164** of the integrated business form **154**. Feed holes **176** optionally may be positioned on opposing longitudinal edges of the form **154**.

The base layer **156** is generally rectangular and the liner layer **164** extends generally along the entirety of at least one of the dimensions of the base layer **156**, as illustrated in FIGS. **16–20**. As shown in FIG. **17**, however, the liner layer **164** need not completely cover the base layer **156**.

The base layer **156** has a printable first side **160** and an opposing printable second side **162**. Preferably, the base layer **156** may be printed, either before or after construction of the business form **154**, such as by using either a printing press or a typical office or home printer. The base layer **156** may be formed of a cardstock material and the liner layer **164** may be formed of a transparent film. Forming the liner layer **164** of a transparent film allows for any printing or other indicia on the second side **162** of the base layer **156** to be visible through the liner layer **164**. Unprinted space capable of receiving printed indicia may also be provided on the first side **160** of the card **158**.

A cover layer may be adhesively attached to the first side **160** of the base layer **156** opposite the liner layer **164**. The cover layer may be at least partially transparent, permitting printing or other indicia on the first side **160** of the base layer **156** to be visible through the cover layer. When the cover layer and liner layer **164** are both used on the business form **154**, additional stiffness of the removable card portion **158** can be achieved. The cover layer or liner layer **164** may comprise materials selected to allow for printing of indicia thereon.

US 7,153,556 B2

9

10

A method is also provided of making a business form **154** having an integrated removable card portion **158**, such as the form illustrated in FIGS. **16**–**20**. The method includes providing a base layer **156** having a first side **160** and an opposing second side **162**. A liner layer **164** is secured using adhesive **168** to at least a portion of the second side **162** of the base layer **156**. Printing on both the first and second sides **160** and **162** of the base layer **156** may occur prior to attachment of the liner layer **164**, and/or the first side **160** of the base layer **156** may be printed after attachment of the liner layer **164**. Printing may also be placed on the liner layer **164**. After the liner layer **164** is secured to the base layer **156**, a plurality of spaced die cuts **170** extending substantially through the base and liner layers **156** and **164** are formed. Bridging portions **179** disposed between adjacent die cuts **170** remain to connect the card **158** and the form **156** so that the card **158** is maintained in the form **156** against unintentional removal therefrom. A cut-out **178** is cut through the base and liner layers **156** and **164** adjacent the periphery of the card **158** to facilitate removal of the card **158** from the form **156**.

A business form **210** having removable integrated portions **222**_a_ and **222**_b_, similar to the removed integrated portions **22**_a_ and **22**_b_ discussed above with respect to FIGS. **1**–**3**, is provided having an integrated tab **225**, as shown in FIGS. 21 and 22. The integrated tab **225** is provided in one or both of the removal integrated portions **222**_a_ and **222**_b_ of the business form **210**. One or both of the removable integrated portions **222**_a_ and **222**_b_ of the form **210** may be removed and, for example, adhered onto an object, such as an envelope or a package. The integrated tab **225** of the removable integrated portion **222**_b_ can be at least partially removed to expose a previously hidden or covered portion of a liner layer **214** of the removable integrated label portion **222**_b_, as shown in FIG. 21.

The business form comprises a base layer **224**, the liner layer **214**, and a backing layer **216**, as shown in FIG. 22. The liner layer **214** is secured using adhesive **218**_a_ to at least a portion of the base layer **224**. The backing layer **216** is secured using adhesive **218**_b_ to at least a portion of the liner layer **214** on a side of the liner layer **214** opposite the base layer **224**.

A top printable substrate **212** includes two regions **221** and **224**, a region **221** having the integrated removable portions **222**_a_ and **222**_b_ and a region **224** lacking the integrated removable portions, as illustrated in FIG. 21. As illustrated, the remainder region **224** of the top substrate **212** does not have integrated removable portions **222**_a_ and **222**_b_. The liner and backing layers **214** and **216** are only positioned below the region 21 of the top substrate **212**. Thus, the form **210** may only consume the minimal amount of material necessary to provide the required form space and number of labels. However, the entire form **210** may have integrated removable portions and, therefore, the liner and backing layers **214** and **216** extending under the base layer **224**. Although the business form **210** is described and depicted in FIGS. 21 and 22 as having two integrated removable portions **222**_a_ and **222**_b_, one of which has an integrated tab **225**, multiple integrated portions may be provided on the business form and one or more tabs may be provided on each integrated removable portion.

The integrated removable label portion **222**_a_ and **222**_b_ of the form **210** comprises at least a portion of the base layer **224** and the liner layer **214**. The integrated removable portion has a periphery edge substantially defined by a first die cut **220** extending substantially through the base and liner layers **224** and **214** so that the backing layer **216**

maintains the integrated removable portion **222**_a_ or **222**_b_ in the form **210** against unintentional removal from the form **210**. To remove the integrated removable portion **222**_a_ or **222**_b_ from the form **210**, the portion **222**_a_ or **222**_b_, comprising the base layer **224** and the liner layer **214**, is separated from the backing layer **216**. A cut-out **278** may be positioned adjacent the integrated removable portion **222**_a_ or **222**_b_ and may extend through the base, liner and backing layers **224**, **214** and **216** to assist in removal of the integrated removable portion **222**_a_ or **222**_b_ from the form **210**.

The side of the backing layer **216** adjacent the liner layer **214** may have a lesser affinity for the adhesive **218**_b_ than the adjacent side of the liner layer **214**, thereby allowing the adhesive **218**_b_, once the integrated removable portion **222**_a_ or **222**_b_ of the form **210** is removed, to remain on the side of the liner layer **214** opposite the base layer **224**. Thus, the integrated removable portion **222**_a_ or **222**_b_ comprises a label that can be adhered to an object. Alternatively, the side of the backing layer **216** adjacent the liner layer **214** may have a greater affinity for the adhesive **218**_b_ than the adjacent side of the liner layer **214**, thereby allowing the adhesive **218**_b_, once the integrated removable portion **222**_a_ or **222**_b_ of the form **210** is removed, to remain on the side of the backing layer **216**. In this aspect, the integrated removable portion **222**_a_ or **222**_b_ may comprise a card.

The integrated tab **225** may be opened either before or after removal of the integrated removable portion **222**_b_ from the form **210**. The integrated tab **225** comprises a portion of the base layer **224** and is coextensive with the integrated removable portion **222**_b_. The integrated tab **225** is at least partially removable from the base layer **224**. A periphery edge of the integrated tab is generally defined by a plurality of die cuts **223** extending substantially through the base layer **224** so that the liner layer **214** at least partially maintains the integrated tab **225** in the integrated removable portion **222**_b_ against unintentional removal from the form **222**_b_.

The integrated tab **225** can be lifted to expose a portion of the liner layer **214**. The integrated tab **225** may be at least partially hinged to the base layer **224**, such as by an uncut portion or partially uncut portion **223'** extending therebetween, as illustrated in FIG. 21. Alternatively, the integrated tab **225** may be completely removable from the removable integrated portion **222**_b_. A cut-out **279** may extend through the base and liner layers **224** and **214** of the integrated removable portion **222**_b_ and may be positioned adjacent the periphery edge of the tab **225** to allow the tab **225** to be readily removed from the integrated removable portion **222**_b_.

The base layer **224** may have a lesser affinity for retaining the adhesive **218**_a_ than the adjacent side of the tab **225**, thereby allowing the tab **225** to be removed from the removable integrated portion **222**_b_ and adhered to an object. Alternatively, the base layer **224** may have a greater affinity for retaining the adhesive **218**_a_ than the adjacent side of the tab, thereby allowing the adhesive **218**_a_ to remain on the removable integrated portion **222**_b_, as opposed to on the adjacent side of the tab **225**, after removal of the tab **225**.

Various combinations of printing on different locations of the form **210** can be used to customize usage of the form **210**. To facilitate such uses, any or all of the components, such as the base, liner and backing layers **224**, **214** and **216** may comprise materials suitable for being printed upon. For example, the form **210** may comprise an invoice for an item receivable via shipping. As an example, region **224** could include the order information, label **222**_a_ could be the shipping label, and label **222**_b_ could be the return shipping

US 7,153,556 B2

11                                                                                                                       12

label. A barcode or other information may be printed on the portion of liner layer 214 beneath the integrated tab 225 such that when the integrated tab 225 is lifted or removed, the information is exposed. Alternatively or in addition, information may be printed on one or both sides of the integrated tab 225. Thus use of the tab 225 allows for the selective display or access to the printing on the side of the tab 225 adjacent the liner layer 214 or on the portion of the liner layer 214 disposed beneath the tab 225 and visible once the tab 225 is opened or removed.

A method of making the business form 210 having the integrated removable portions 222a and 222b and the tab 225 includes providing the base layer 224, using the adhesive 218a to secure the liner layer 214 to at least a portion of the base layer 214, and using the adhesive 218b to secure the backing layer 216 to the liner layer 214. A plurality of first die cuts 220 extending substantially through the base and liner layers 224 and 214 are made to define the periphery edges of the integrated removable portions 222a and 222b. A plurality of second die cuts 223 are made extending substantially through the base layer 224 and coextensive with the integrated removable portion 222b substantially define the periphery edges of the integrated tab 225.

Business forms, such as those described above with respect to FIGS. 11–15, may be made in a process using a precut laminate 380 in one or more form manufacturing apparatus, as illustrated in FIGS. 23–26. The precut laminate 380 may comprise a backing layer 364 secured using adhesive 368 to a liner layer 366, as illustrated in FIG. 24. The precut laminate 380 has an integrated removable card portion 374 defined by a plurality of die cuts. The die cuts are substantially through the backing layer 364 but not completely through the liner layer 366, thereby allowing the integrated removable card portion 374 of the backing layer 364 to be supported by the liner layer 366.

After formation of the precut laminate, a base layer 360 is attached to the precut laminate 380, such as by using adhesive 369. A plurality of die cuts are formed substantially through the base and liner layers 380 and 366 in order to define an integrated removable card 370. The die cuts at least partially surround the integrated removable card portion 374 of the backing layer 364 so that the backing layer 364 maintains the card 370 in the form against unintentional removable from the form. A cut-out may be positioned adjacent the periphery of the card 370 and through the base, liner and backing layers 360,366 and 364 in order to facilitate removal of the integrated card 370 from the form.

The apparatus used to produce the precut laminate 380 receives the backing and liner layers 364 and 366, for example, in roll form, as illustrated in FIG. 23. The backing layer 364 is unwound and the adhesive 368 is applied thereto using an adhesive application station 368a. The liner layer 366 is also unwound, and is directed onto the adhesive 368 applied to the backing layer 364 in order to mate the backing and liner layers 364 and 366. Alternatively, the adhesive 368 may be applied to the liner layer 366 and the backing layer 364 mated therewith. After the adhesive 368 is applied and the backing and liner layers 364 and 366 are mated, a die cut station 374a makes the die cuts substantially through the backing layer 364 to define the integrated removable card portion 374 of the backing layer 364.

After die cuting, the precut laminate 380 is converted to in a dispensing configuration. The dispensing configuration is adapted to allow the precut laminate 380 to be attached using adhesive 369 to the base layer 360. For example, the dispensing configuration of the precut laminate 380 may be a roll which would allow the precut laminate 380 to be

unwound into a generally planer feed configuration for feeding through the apparatus used to attach the base layer 360 to the precut laminate 380, as illustrated in FIG. 26. Another example of a dispensing configuration is a fanfolded configuration. For example, the fan-folding configuration may comprise one or more integrated removable card portions 374 in sheets that are folded relative to each other. The sheets of adjacent fan-folded stacks may be connected to allow for the continuous use of stacks of precut laminate 380 without having to stop the apparatus.

The apparatus used to produce the business form receives the pre-cut laminate 380 and the base layer 360, for example, in roll form, as illustrated in FIG. 25. The pre-cut laminate 380 is unwound and the adhesive 369 is applied to the liner layer 366 using an adhesive application station 369a. The base layer 360 is also unwound, and is directed onto the adhesive 369 applied to the liner layer 366 in order to mate the pre-cut laminate 380 and the base layer 360. Alternatively, the adhesive 369 may be applied to the base layer 360 and the pre-cut laminate 380 mated therewith. After the adhesive 369 is applied and the pre-cut laminate 380 and base layer 360 are mated, a die cut station 370a makes the die cuts substantially through the backing layer 364 to define the integrated removable card 370. A cut-out for assisting in removal of the card 370 from the form may be made through the backing, liner and base layers 364, 366 and 360 and positioned adjacent the card 370 using a punching station 378. After manufacture of the forms, the forms may be provided in an output configuration, such as by winding into a roll 390, fan-folding, sheeting or the like.

Printing 367 may be placed on the business form and the components thereof at various stages, such as illustrated in FIG. 25. For example, printing may be placed upon the top and bottom sides of the base layer 360 using printing stations 367a and 367b. Printing may also be placed on the backing layer 364 of the pre-cut laminate 380 using a printing station 367c.

The use of the pre-cut laminate 380 allows for business forms having integrated removable cards or labels 370 to be produced in a multi-step process. For example, a single apparatus may be configured to produce the pre-cut laminate, and then used to produce the business forms by combining the pre-cut laminate 380 with the base layer 360. This allows for a single machine, having a smaller size and requiring fewer die cut, printing, and adhesive stations, to produce the business forms. Alternatively, the pre-cut laminate 380 may be produced on a different apparatus than that used to combine the pre-cut laminate 380 with the base layer 360. For example, the pre-cut laminate 380 maybe made off-site and delivered to the location of the apparatus for combination with the base layer 360.

While there have been illustrated and described particular embodiments of the present invention, it will be appreciated that numerous changes and modifications will occur to those skilled in the art, and it is intended in the appended claims to cover all those changes and modifications which fall within the true spirit and scope of the present invention.

The invention claimed is:

1. A business form having a removable integrated card, the business form comprising:

    a base layer comprising cardstock material and having a printable first side and an opposing printable second side;

    a liner layer comprising a transparent film and having a first side and an opposing second side, the first side of the liner layer being adhesively secured to at least a portion of the second side of the base layer;

US 7,153,556 B2

13

14

an integrated removable card comprising at least a portion of the base layer and the liner layer, the card having a periphery edge substantially defined by a plurality of die cuts extending substantially through the base and liner layers, the die cuts extending substantially through all layers of the form;

a plurality of bridging portions disposed between adjacent die cuts and connecting the card and the form so that the bridging portions maintain the card in the form against unintentional removal from the form; and

a cut-out extending through all layers or the form and positioned adjacent the periphery of the card to assist in removal of the card from the form.

**2**. A business form in accordance with claim **1**, wherein indicia is printed on the first and second sides of the base layer.

**3**. A business form in accordance with claim **2**, wherein indicia is printed on the first and second sides of the card.

**4**. A business form in accordance with claim **3**, wherein unprinted space capable of receiving printed indicia is provided on the first side of the card.

**5**. A business form in accordance with claim **1**, wherein the base layer is rectangular, having a predetermined length and width, and the liner layer extends generally along the entirety of at least one of the predetermined length and width of the base layer.

**6**. A business form in accordance with claim **1**, wherein the cut-out is semi-arcuate in shape and the periphery of the card is generally rectangular.

**7**. A business form having a removable integrated card, the business form comprising:

a base layer having a printable first side and an opposing printable second side;

a liner layer having a first side and an opposing second side, the first side of the liner layer being adhesively secured to at least a portion of the second side of the base layer;

an integrated removable card comprising at least a portion of the base layer and the liner layer, the card having a periphery edge substantially defined by a plurality of die cuts extending substantially through the base and liner layers, at least some of the die cuts extending substantially through all layers of the business form;

a plurality of bridging portions disposed between adjacent die cuts and connecting the card and the form so that the bridging portions maintain the card in the form against unintentional removal from the form;

a cut-out extending through all layers of the form and positioned adjacent the periphery of the card to assist in removal of the card from the form; and

a cover layer adhesively attached to at least a portion of the first side of the base layer.

**8**. A business form in accordance with claim **7**, wherein the cover layer is at least partially transparent.

**9**. A business form having a removable integrated card, the business form comprising:

a base layer having a printable first side and an opposing printable second side;

a liner layer having a first side and an opposing second side, the first side of the liner layer being adhesively secured to at least a portion of the second side of the base layer;

an integrated removable card comprising at least a portion of the base layer and the liner layer, the card having a periphery edge substantially defined by a plurality of die cuts extending substantially through the base and

liner layers, the business form having only the base layer, the liner layer and the cover layer;

a plurality of bridging portions disposed between adjacent die cuts and connecting the card and the form so that the bridging portions maintain the card in the form against unintentional removal from the form;

a cut-out extending through all layers of the form and positioned adjacent the periphery of the card to assist in removal of the card from the form; and

a cover layer adhesively attached to at least a portion of the first side of the base layer.

**10**. A business form in accordance with claim **9**, wherein the die cuts extend through the base, liner and cover layers.

**11**. A method of producing a business form having a removable integrated card, the method comprising:

providing a base layer comprising cardstock material having a first side and an opposing second side;

adhesively securing a first side of a liner layer comprising a transparent film to at least a portion of the second side of the base layer;

forming a plurality of spaced die cuts extending substantially through the base and liner layers to form bridging portions disposed between adjacent die cuts and connecting the card and the form so that the bridging portions maintain the card in the form against unintentional removal from the form, the die cuts extending substantially through all layers of the form; and

positioning a cut-out extending through all layers of the form layers adjacent the periphery of the card, the cut-out facilitating removal of the integrated removable card from the form.

**12**. A method of producing a business form having a removable integrated card, the method comprising:

providing a base layer having a first side and an opposing second side;

adhesively securing a first side of a liner layer to at least a portion of the second side of the base layer;

forming a plurality of spaced die cuts extending substantially through the base and liner layers to form bridging portions disposed between adjacent die cuts and connecting the card and the form so that the bridging portions maintain the card in the form against unintentional removal from the form, the die cuts extending substantially through all layers of the form;

positioning a cut-out extending through all layers of the form layers adjacent the periphery of the card, the cut-out facilitating removal of the integrated removable card from the form; and

printing indicia on the first and second sides of the base layer.

**13**. A method of producing a business form in accordance with claim **12**, including printing indicia on the first and second sides the card.

**14**. A method of producing a business form in accordance with claim **13**, including providing unprinted space on the first side of the card adapted to receiving printed indicia.

**15**. A method of producing a business form in accordance with claim **12**, wherein the base layer has a predetermined length and width, and including extending the liner layer generally along the entirety of at least one of the predetermined length and width of the base layer.

**16**. A method of producing a business form in accordance with claim **12**, wherein the cut-out is partially arcuate in shape and the periphery of the card is generally rectangular.

**17**. A method of producing a business form having a removable integrated card, the method comprising:

US 7,153,556 B2

15

providing a base layer having a first side and an opposing second side;

adhesively securing a first side of a liner layer to at least a portion of the second side of the base layer;

forming a plurality of spaced die cuts extending substantially through the base and liner layers to form bridging portions disposed between adjacent die cuts and connecting the card and the form so that the bridging portions maintain the card in the form against unintentional removal from the form, the die cuts extending substantially through all layers of the form;

16

positioning a cut-out extending through all layers of the form layers adjacent the periphery of the card, the cut-out facilitating removal of the integrated removable card from the form; and

adhesively attaching a cover layer to at least a portion of the first side of the base layer.

**18**. A method of producing a business form in accordance with claim **17**, wherein the cover layer is at least partially transparent.

\*  \*  \*  \*  \*

```
08CV2439                              LCW
JUDGE KOCORAS
MAGISTRATE JUDGE BROWN
```

# EXHIBIT B

# Target REDcard



## Congratulations! You earned a 10% off* shopping day at Target®

**Just for using your REDcard.** You earned 1,000 Target Rewards® points on your REDcard, which automatically gets you this 10% off* certificate. And the more you shop with your REDcard, the more 10% off* certificates you get.

**You have to use your REDcard with it.** But how much you save is completely up to you. $5? $10? $27.62? $122.50? More? It could be your personal goldmine.

**Check the expiration date.** This certificate only lasts for a limited time. Take advantage of it while you can.

**Get shopping, Target lover.** Use this 10% off* certificate with your REDcard, and you'll be on your way to earning your next Target Rewards certificate soon!





## 10% OFF
an entire day of shopping at Target when you use your REDcard



The REDcard™



Present this card at time of purchase. Valid for a full day of shopping when used before the expiration date. CASHIER: Check expiration date, scan UPC and return card to guest.

*Subject to Target Rewards program rules. See reverse side of certificate for details.
REDcard: Target® Visa® and Target® Card are credit cards issued by Target National Bank, an affiliate of Target Stores. Subject to credit approval.
©2006 Target Stores. The Bullseye Design is a registered trademark of Target Brands, Inc. All rights reserved.