## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Malessa Partners, L.L.C. <br> v. <br> Target Corporation <br> and <br> Universal Forms, Labels & Systems, Inc. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Malessa Partners, L.L.C.

```
FILED:  APRIL 29, 2008
08CV2439                  LCW
JUDGE KOCORAS
MAGISTRATE JUDGE BROWN
```

| NAME (Type or print) |
|---|
| Jon A. Birmingham |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Jon A. Birmingham |
| FIRM |
| Fitch Even Tabin & Flannery |
| STREET ADDRESS |
| 120 South LaSalle St., Suite 1600 |
| CITY/STATE/ZIP |
| Chicago/IL/60603-3406 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06271956 | 312-577-7000 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐