# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

MALESSA PARTNERS, L.L.C., an Illinois limited liability company,

        Plaintiff,

    v.

TARGET CORPORATION, a Minnesota corporation, and UNIVERSAL FORMS, LABELS & SYSTEMS, INC., a California corporation,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**LOCAL RULE 3.4 NOTICE OF CLAIMS INVOLVING PATENT**

```
FILED:  APRIL 29, 2008
08CV2439              LCW
JUDGE KOCORAS
MAGISTRATE JUDGE BROWN
```

Pursuant to Local Rule 3.4, Plaintiff, Malessa Partners, L.L.C., hereby provides notice of the information required by 35 U.S.C. § 290 with respect to the following patent asserted against Defendants in this action:

Patent upon Which Action Has Been Brought:   U.S. Patent No. 7,153,556

Name of Inventor:   John J. McKillip

Plaintiff:      MALESSA PARTNERS, L.L.C.
             3138 Andover Drive
             Rockford, Illinois 61114

Defendants:     TARGET CORPORATION
             1000 Nicollet Mall
             Minneapolis, Minnesota 55043

             UNIVERSAL FORMS, LABELS & SYSTEMS, INC.
             2020 S. Eastwood Avenue
             Santa Ana, California 92705

Date:   April 29, 2008                    _s/Jon A. Birmingham/_____
                                          Mark W. Hetzler
                                          Jon A. Birmingham
                                          Chadwick A. Sullivan
                                          FITCH, EVEN, TABIN & FLANNERY
                                          120 South LaSalle Street, Suite 1600
                                          Chicago, Illinois 60603
                                          (312) 577-7000
                                          *Attorneys for Malessa Partners, L.L.C.*