## United States District Court for the Northern District of Illinois

Case Number: 08cv2439           Assigned/Issued By: LCW

Judge Name: Kocoras           Designated Magistrate Judge: Brown

### FEE INFORMATION

*Amount Due:*   [✓] $350.00   [ ] $39.00   [ ] $5.00
               [ ] IFP       [ ] No Fee   [ ] Other _____
               [ ] $455.00

Number of Service Copies _____           Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00           Receipt #: 2734540

Date Payment Rec'd: 4/29/08   Fiscal Clerk: _____

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons       _____
[ ] Citation to Discover Assets              _____
                                         (Victim, Against and $ Amount)
[ ] Writ _____
        (Type of Writ)

2  Original and _____ copies on  4/29/08  as to  ALL DEFS
                                    (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05