IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MALESSA PARTNERS, L.L.C., an Illinois limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> TARGET CORPORATION, a Minnesota corporation, and UNIVERSAL FORMS, LABELS & SYSTEMS, INC., a California corporation, <br><br> Defendants. | Civil Action No. 1:08-CV-02439 <br><br> The Honorable Charles P. Kocoras <br><br> Magistrate Judge Geraldine S. Brown |

### NOTICE OF VOLUNTARY DISMISSAL

In accordance with Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff, Malessa Partners, L.L.C., hereby submits this notice of the voluntary dismissal of all claims in the action, without prejudice.

Respectfully submitted,

Date: May 15, 2008

s/Jon A. Birmingham_____
Mark W. Hetzler
Jon A. Birmingham
Chadwick A. Sullivan
FITCH, EVEN, TABIN & FLANNERY
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Telephone: (312) 577-7000
Facsimile: (312) 577-7007

*Attorneys for Plaintiff, Malessa Partners, L.L.C.*